LANCELOT M. BERKELEY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

SOL POPOFSKY, Respondent, v. HARRY A. FINKELSTEIN, Appellant.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES YOULIO, Appellant.— Motion to resettle order granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

GEORGE W. SHEARER and Another, Appellants, v. WALLKILL COUNCIL No. 92, JR. O. U. A. M., INC., and Others, Respondents.— Motion to dismiss appeal denied, with leave to appellants to file a notice of appeal in the clerk's office of Orange county *nunc pro tunc* as of July 3, 1925. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

ROCCO SIMONETTA, Respondent, v. FILIPPO LINSALATA, Appellant.— Motion to resettle order granted. Motion to compel security denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ. Settle order on notice.

LYDIA M. WEBSTER, Individually and as Executrix, etc., of MARY A. WEBSTER, Deceased, Respondent, v. CHARLES J. WEBSTER and Others, Defendants. HENRIETTA SARAH WEBSTER and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GUSSIE WERGER, as Administratrix, etc., of JACK WERGER, Deceased, Respondent, v. MEIER KAHANER, Appellant, and Another, Defendant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

LYMAN H. BEVANS, Appellant, v. CHARLES J. HERRICK and Others, Respondents. — Order changing place of trial from Orange county to Albany county affirmed, with ten dollars costs and disbursements, but without prejudice to a motion by plaintiff in Albany county to change venue. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BERTHA BRUSILOFSKY, Respondent, v. THE STATE BANK, Appellant. (Appeal No. 1.) — Order of the County Court of Kings county denying defendant's motion to dismiss plaintiff's action for failure to prosecute affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

BERTHA BRUSILOFSKY, Appellant, v. THE STATE BANK, Respondent. (Appeal No. 2.) — Order of the County Court of Kings county denying plaintiff's motion for summary judgment on the pleadings, and to strike out defendant's answer as sham and frivolous, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

PATRICK CALLAHAN, Respondent, v. ANNIE ELIZABETH RASMUSSEN, Appellant. — Order granting plaintiff's motion to place cause on trial calendar affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOHN G. CAVANAGH, Suing on Behalf of Himself and All Other Stockholders Similarly Situated, Appellant, v. JOHN WALTERS and Others, Respondents.—